USDC SCAN INDEX SHEET











HOKOJITSUGYO CO LTD

WHITAKER INVESTMENT

BAR   11/20/97   14:51
3:96-CV-01594
*146*
*JOIN.*

1  WRIGHT & L'ESTRANGE
   A Partnership Including
2  Professional Corporations
     John H. L'Estrange, Jr. (SBN 49594)
3  701 B Street, Suite 1550
   San Diego, California 92101
4  (619) 231-4844

5  Attorneys for Third-Party
   Defendant Ruben B. Brooks APC



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOKOJITSUGYO CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>WHITAKER INVESTMENT CORPORATION and DANIEL M. WHITAKER,<br><br>Defendants.<br>_____<br>WHITAKER INVESTMENT CORPORATION, a corporation, and DANIEL M. WHITAKER, an individual,<br><br>Third Party Plaintiffs,<br><br>vs.<br><br>STERNBERG, EGGERS, KIDDER & FOX, a professional corporation, et al.,<br><br>Third Party Defendants. | CASE NO. 96-1594 (LEW) MAN<br><br>AMENDED JOINDER BY THIRD PARTY DEFENDANTS RUBEN B. BROOKS AND RUBEN B. BROOKS APC IN MOTIONS BY CO-DEFENDANTS PAGE, TUCKER & BROOKS' and PAGE, TUCKER, BROOKS & BUSCH'S **(A)** TO DISMISS FIRST AMENDED THIRD PARTY COMPLAINT, F.R.C.P. RULES 12(b)(1), (2), (6), 14(a), 13(h), 19; AND **(B)** ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT F.R.C.P. RULE 12(e)<br><br>DATE:    December 15, 1997<br>TIME:    9:00 a.m.<br>JUDGE:   Hon. Laughlin Waters<br>TRIAL DATE: None<br><br>[Telephonic Conference Call Ruling] |

Named defendants Ruben B. Brooks ("Brooks") and Ruben B. Brooks APC ("Brooks APC") join in, adopt and incorporate by reference as though set out in full the motions **(A)** to dismiss (Fed. R. Civ. P. 12(b)(1), (2) and (6); 14(a); 13(h) and 19); and

146

1  (B) for a more definite statement (Fed. R. Civ. P. 12(e)), filed
2  herein on or about November 18, 1997, by third party defendants
3  Page, Tucker & Brooks and Page, Tucker, Busch & Brooks.
4      Brooks and Brooks APC have standing to bring motions
5  identical to the ones they hereby join, grounded on the same
6  facts and legal arguments.

                                WRIGHT & L'ESTRANGE
                                Attorneys for Defendants
                                Ruben B. Brooks and
                                Ruben B. Brooks APC

DATED: November 19, 1997    By: _____
                                John H. L'Estrange, Jr.

2

Hokojitsugyo Co., Ltd. v. Whitaker, et al.
(United States District Court (Southern District)
Case No. 96-1594 (LEW) MAN)

### CERTIFICATE OF SERVICE BY MAIL

I certify that I am over the age of 18 and not a party to the within action; I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; my business address is 701 "B" Street, Suite 1550, San Diego, California 92101.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

I caused to be served the following document(s):

AMENDED JOINDER BY THIRD PARTY DEFENDANTS RUBEN B. BROOKS AND RUBEN B. BROOKS APC IN MOTIONS BY CO-DEFENDANTS PAGE, TUCKER & BROOKS and PAGE, TUCKER, BROOKS & BUSCH'S (A) TO DISMISS FIRST AMENDED THIRD PARTY COMPLAINT, F.R.C.P. RULES 12(b)(1), (2), (6), 14(a), 13(h), 19; AND (B) ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT F.R.C.P. RULE 12(e)

by placing a copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

SEE ATTACHED SERVICE LIST

I then sealed each envelope and, with the postage thereon fully prepaid, I placed each for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed at San Diego, California, on November 19, 1997.

Tyla L. Jernigan

<u>Hokojitsugyo v. Whitaker</u>
(U.S.D.C. S.D. Cal. Case No. 96 CV 1594 LEW (MAN))

SERVICE LIST
(Revised 10/16/97)

| | |
|---|---|
| Matthew V. Herron, Esq.<br>MEISENHEIMER AND HERRON<br>350 West Ash Street<br>Suite 600<br>San Diego, CA  92101-3404<br>(619) 233-4122 | Attorneys for Defendant and Third-Party Plaintiff WHITAKER INVESTMENT CORPORATION and DANIEL WHITAKER |
| William A. Halama, Esq.<br>Lee A. Dresie, Esq.<br>GREENBERG, GLUSKER, FIELDS,<br>   CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars<br>Suite 2100<br>Los Angeles, CA  90067-4590<br>(310) 553-3610 | Attorneys for Plaintiff HOKOJITSUGYO CO., LTD. |
| George C. Lazar, Esq.<br>FOX, JOHNS, LAZAR, PEKIN,<br>   TREADGOLD & WEXLER<br>525 B Street, Suite 1500<br>San Diego, CA  92101<br>(619) 237-0011 | Attorneys for Third-Party Defendant JAMES HENRY FOX |
| Lawrence T. Dougherty, Esq.<br>3737 Camino del Rio South<br>Suite 400<br>San Diego, CA  92108-4010<br>(619) 280-4200 | In Pro Per |
| Rand K. Shotwell, Esq.<br>600 West Broadway, Suite 1400<br>San Diego, CA  92101-3355 | Attorney for Third-Party Defendants JAMES R. STERNBERG and R. GENE STEINECKERT |
| William J. Tucker, Esq.<br>1010 Second Avenue<br>Suite 1505<br>San Diego, CA  92101 | In Pro Per, individually and as a professional corporation |
| R. Gene Steineckert, Esq.<br>600 West Broadway, Suite 1400<br>San Diego, CA  92101-3355 | Attorney for Third-Party Defendants SESSF, INC., fka STERNBERG, EGGERS, KIDDER & FOX and RAND K. SHOTWELL |
| Michael B. Poynor<br>MICHAEL B. POYNOR ALC<br>5080 Shoreham Place<br>Suite 102<br>San Diego, CA 92122-5931<br>(619) 550-1000<br>(619) 550-0044 (Fax) | In Pro Per |

| | |
|---|---|
| Donald L. Kidder, Esq.<br>4370 La Jolla Village Drive<br>Suite 655<br>San Diego, CA 92122<br>(619) 457-4600 | In Pro Per |
| F. Gregory Pyke, Esq.<br>HARRIGAN, RUFF, SBARDELLATI<br>  & MOORE<br>101 West Broadway, Suite 1600<br>San Diego, CA 92101<br>(619) 233-1511<br>(619) 233-1537 (Fax) | In Pro Per |
| Richard W. Page, Esq.<br>PAGE & BUSCH, LLP<br>401 B Street, Suite 2100<br>San Diego, CA  92101<br>(619) 231-1822<br>(619) 231-1877 (Fax) | Attorneys for Third-Party<br>Defendants RICHARD W. PAGE<br>and MICHAEL E. BUSCH |
| Robert K. Edmunds, Esq.<br>MULVANEY KAHAN & BARRY<br>401 West A Street, 17th Floor<br>San Diego, CA  92101 | In Pro Per |
| Jerome E. Eggers, Esq.<br>401 B Street, Suite 2400<br>San Diego, CA  92101 | In Pro Per |

2